UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 4:04cv10004

BRIAN EVANS,

        Plaintiff,

vs.

EDIE KEHOE

        Defendant.

## MOTION TO DISMISS WITHOUT PREJUDICE

Please dismiss the this case against the Defendant in this matter at this time. No summons was issued by the court, and a waiver of fee's application had been filed and was awaiting to be granted. Economically, the plaintiff is unable to pursue it, and other work related issues have risen making it impossible for Plaintiff to deal with.

Thank you.

_____
Brian Evans, Pro Se
2463 South Kihei Road
Suite C16-317
Kihei, Hawaii 96753

1-26-04