**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-10004-CIV-MOORE
Magistrate Judge O'Sullivan

BRIAN EVANS,
    Plaintiff,

vs.

EDIE KEHOE,
    Defendant.
_____/



**FINAL ORDER OF DISMISSAL**

THIS CAUSE came before the Court upon Plaintiff's Motion to Voluntarily Dismiss without Prejudice (DE #4).

UPON CONSIDERATION of the motion, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Plaintiff's Motion to Voluntarily Dismiss without Prejudice (DE #4) is GRANTED. This action is DISMISSED WITHOUT PREJUDICE. All pending motions not otherwise ruled upon are DENIED AS MOOT. This case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of February, 2004.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: Brian Evans, Plaintiff
    Edie Kehoe, Defendant

